LOUISA COX, Appellant, v. GILBERT I. SMITH, an Infant, by WILLARD B. VANDER VOORT, His Guardian ad Litem, Respondent.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.